# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE: US v.s. ANGEL GONZALEZ

FOR:
AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name)

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

21 USCS 846

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer:
IF YES, how much do you earn per month? $
IF NO, give month and year of last employment. How much did you earn per month? $
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

OTHER INCOME: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED: 0    SOURCES:
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $

CASH: Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No IF YES, state total amount $

PROPERTY: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: 0    DESCRIPTION:

**OBLIGATIONS & DEBTS**

DEPENDENTS
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them:

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME:
Creditors:
Total Debt: $
Monthly Paymt.: $

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2/24/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature: Angel M Gonzalez]