AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOSE GONZALEZ   AKA KING STRIKE

## WARRANT FOR ARREST

CASE NUMBER: *04CR 10046 RGS*

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ———— JOSE GONZALEZ   AKA KING STRIKE
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRARCY TO POSSESS  WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF COCAINE BASE A SCHEDULE II CONTROLLED SUBSTANCE

in violation of
Title _____ 21 _____ United States Code, Section(s)  846 & 841  AND 18 USC2

MARY L. CUMMINGS
Name of Issuing Officer

*Mary L. Cummings*
Signature of Issuing Officer

*COURTROOM DEPUTY CLERK*
Title of Issuing Officer

02-19-2004     BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| | |
|---|---|
| **WARRANT EXECUTED** BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON | RETURN |
| This warrant was received and executed with the arrest of the above-named defendant at _____ 2/26/04 | |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:   JOSE GONZALEZ   AKA KING STRIKE

ALIAS: KING A-SHOT

LAST KNOWN RESIDENCE:   48 FARNHAM STREET, LAWRENCE, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):   00-00-1975

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 7347

HEIGHT: 6'5"                                          WEIGHT: 160

SEX:   MALE                                          RACE:

HAIR:   BLK                                          EYES:   BRO

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: