UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 04-10046-RGS

**UNITED STATES OF AMERICA**

v.

**ANGEL GONZALEZ**
**a/k/a "KING A-SHOT"**

<u>ORDER OF VOLUNTARY DETENTION</u>

MARCH 2, 2004

**BOWLER, Ch.U.S.M.J.**

On March 1, 2004, defense counsel stated in open court that his client would enter into a period of voluntary detention without prejudice. Defense counsel reserved the right to reopen the matter upon motion in the interim. This court will set a prompt hearing upon the filing of the a motion to reopen.

It is therefore **ORDERED** that the defendant be detained. This court orders the defendant's detention subject to the following conditions:

(1) The defendant be, and he hereby is, committed

to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)  The defendant be afforded reasonable opportunity for private consultation with his counsel; and

(3)  On Order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to an authorized Deputy U.S. Marshal for the purpose of any appearance in connection with a court proceeding.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge