THE KING MANIFESTO
*****************************

(Cont, New King)

A King who loves his Nation, his People and Freedom; one who works for universal peace, universal freedom and universal Brotherhood.  A man may call himself a King, just as an ugly man may call himself handsome, yet if he does not live the life of a True King, he is not a King, and an ugly man deceives no one.

He who would be a New King needs to be a fearless seeker and lover of freedom.  If his heart is pure and his mind is free from prejudice, he shall not fail to recognize freedom from slavery.  The call of the New King to mankind is that men should open their eyes and use their reason, not suppress it.  It is seeing and free thinking, not servile credulity, that will enable the True King to penetrate the clouds of prejudice, to shake the letters of blind imitation and attain from the realization of truth, a new revelation.

The New King will not only believe in the teachings of his Nation, but will find in them the guide and inspiration for his life and joyfully impart to others the knowledge that is the well-spring of his own being. Only then will he receive the full measure of power of the Almight Latin King Nation.

When a man becomes a New King, the will of the Nation becomes his will; for to be at variance with the Nation is one thing that cannot endure.  The Almighty Latin King Nation requires whole-hearted and complete devotion.

How can devine King Love be demonstrated to an unbelieving world, its capacity to endure to the utmost blows of calamity and the treachery of seeming friends; to rise above all this, undismayed and unembittered, still to forgive, bless and unite?  The light of King Love irradiates his foggiest days, transmutes his suffering into hope and martydoms itself into a ecstatical bliss.  The New King longs to see believers of freedom shouldering the responsibilities of the cause.  Now is the time for union and concord.  Now is the day of unity, because it's Nation time!

The New King recognizes that the day of resurrection is here.  A time for the appearance of a new manifestation of truth.  The rising of the dead means spiritual awakening of those who have been sleeping in the graveyard of ignorance.  The day of the oppressor must now be judged by the oppressed.


BEHOLD LATIN KING

## THE KING MANIFESTO
************************

### THE CODE OF KINGISM

Every member of the Nation shall honor, respect and pro-
tect with his life, the lives and reputation of all mem-
bers of the Almighty Latin King Nation.

Stand up for those who stand up for themselves, in their
quest for peace, justice, freedom, progress and prosper-
ity.

Never exploit or bring harm to any member of the most
righteous Tribe - The Lion Tribe - the Almighty Latin
King Nation or any other oppressed person or nation.

Respect and protect with your life Brown Women for
they are the mothers of our beautiful color, the life
of the future Suns of the Universe.

Love and respect children of all races, sexes, cults
and religions.  Protect them with your life for they
are the leaders of tomorrow's Nations.

Honor and respect the Nation Salute for it means, " I
DIE FOR YOU";  the Sacred Colors for they represent
the People we love and live for - the memory of those
who rest in peace, in the sanctuary of the Almighty
Father, King of Kings.

Educate yourself, for an illiterate King is a weak King
and a weak King has no place in a Strong Nation.

Learn your King Manifesto and live by it, for it shall
lead to Peace - Freedom - Justice.




BEHOLD LATIN KING

-11-

# THE KING MANIFESTO
***********************

## NATIONAL EMBLEM
*******************

The Crown is the National Emblem of the Almighty Latin King Nation. It displays our royalty among men: our sovereignty and our Kingdom among Nations. The Crown is a symbol that is recognized all over the world and although there are many different types, the two that the Almighty Latin King Nation identify with the most are the imperial and the Coronet.

The Imperial is the one most generally used to represent our beloved Nation because of its very meaning and magnificence.

Each of the Coronet's five points has a special meaning. They represent Love, Honor, Obedience, Sacrifice and Righteousness. The Crown enthrones our ideal-ism, our belief and attitudes towards a better way of life in the universe...

*******************
## SACRED COLORS
*******************

Black represents the solid dominant color of the universe, the brave and the bold, the darkness of the immense night. It represents People of one idea, one body, mind and soul; the Alpha and the Omega.

Gold represents the fabulous, brilliant Sun at its highest peak; the splendoring glow of hope in oppressed People, the brilliance of the mind and the solid unity in strength, love and sacrifice.

Two colors of natural creations existing since the beginning of time and enduring forever.

*******************
## NATIONAL SALUTE
*******************

A fist upon our heart...it means, " I DIE FOR YOU", for you are flesh of my flesh, blood of my blood, son of my mother who is the Universal Nature and follower of Yahweh, who is the Almighty ing of Kings; it also means Love - Strength - Sacrifice.

BEHOLD LATIN KING

Glory to the Queens and Power to the Kings
Almighty Latin King Love, Yesterday, Tomorrow, Always
And Forever;

THE KING MANIFESTO
************************

NATION FLAG

The Flag shall consist of either two stripes — one
Black and one Gold — running horizontally with a circle
in the upper left corner of the top, with a Crown in the
center of the circle, or the Flag may consist of three
stripes running vertically with a circle in the center
stripe and a Crown in the circle.
The Flag shall never touch the floor or be placed
where dishonor may fall upon it.





BEHOLD LATIN KING

-12-

# THE KING MANIFESTO
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## FEARLESSNESS

To the Almighty Latin King Nation, fearlessness im-
plies absence of all kinds of fears. It is the freedom
from such fears as hunger, humiliation, wrath and the
criticism of others. It is also the freedom from the
fear of resistance, the freedom from the fear of loss of
courage and the freedom from the fear of physical death.
It is a necessity for a true Latin King because cowards
can never be moral. Fearlessness is indispensable for
the growth of other noble qualities.

How can one seek liberation, truth or cherish love
without fearlessness? Moral Bravery is, for the Nation,
the highest heroism. And it consists in the readiness
to sacrifice patiently and fearlessly, everything, in-
cluding life for the good of other members of the Tribe
of Righteousneess out of love for them....

BEHOLD LATIN KING



## THE KING MANIFESTO
*************************

### THE ALMIGHTY EYE


When a King Warrior accepts Kingism as described in
the King Manifesto, his life takes a complete turn. For
him everything changes. His vision is no longer limited
to narrow horizons, instead he is gifted with the power
of the Almighty Eye — a Sun that glows to enlighten,
through the sense of sight, the New King and the Nation.

The eyes of the Nation are everywhere there is a
Nation man, a True King. His perceptions, viewed in the
concept of universal human progress, is the reflections
of his soul, his ideology, his quest for freedom and his
desire for unity among his People. His observations are
free and independent; his thoughts are not clouded by
any form of prejudice and his actions are based on common
sense and knowledge.

Seeing, perceiving and observation by all Kings is
the network of the Nation — the eyes of the Almighty
Latin King Nation are everywhere.



BEHOLD LATIN KING

—14—

## BROWN FORCE

The Latino can draw additional strength from another force, too if he has the will and the faith.

Anonymous millions of Brown Men and Women have given their life in the fight for liberation. They have fought against colonialism, hunger, ignorance and for the human dignity of our People. They have drawn from one another, through unity, a force of fortitude — Brown Force — the force which provides the splendoring glow of hope in oppressed people. The need they cast into the founding of a Nation — the Almighty Latin King Nation — has withstood the trials of time.

Drawing upon the endurance and fortitude of Brown Force, we continue our quest to unify and insure free political and cultural expression among the Third World People and among the commonwealth of individuals. We are the People's liberating force — Brown Force — the foundation of the Nation.

## BEHOLD LATIN KING

-15-

THE KING MANIFESTO

NATION MEN

Who is a Nation man and who is not? The difference
lies in what they do, how they carry themselves and how
they talk, but in order for one to really understand the
contrast, one must know and understand the principles of
the King Manifesto and Modern Kingism.

One of the clearest contrastive examples is when the
so-called Nation Man claims to be a Latin King, a member
of the Almighty Latin King Nation, and by the same token
says, "I am a Little, A Coulter King, A Pee Wee, I'm from
such and such a branch or chapter, etc." He might be a
Latin King, that is true, but he definitely is not a
Nation Man.

This clearly testifies that this so-called Nation
Man is really a demagogue, a preacher of false philoso-
ophy, an agent of confusion and disunity. His mind is
broad only to the scope of where his particular "click"
is concerned. Outside of that click mentality, his mind
meets with the brick wall of prejudice and individualism.

Nation Men on the other hand are devoted followers
and believers of unity, supporters of the harmonious
whole. For Nation Men there are no horizons between
clicks and branches for they identify only with the Na-
tion, not a particular click, branch or section — nat-
ural allies together in one nucleus, one Nation, the
Almighty Latin King Nation.

BEHOLD LATIN KING

-16-

## THE KING MANIFESTO
※※☆※☆※☆※☆※☆※☆※☆※☆※☆※☆

### KING AM I

Whether in front or profile I stand
On that finished form let glory bestow
Black its midnight shadow,
Gold its morning glow
In precision clear, a vision ever so bright
That over the rest domineering light
Spreads the extensive vigor of its rays
Any yields to me the power they praise
That majesty, that grace, rarely given
To remove the restraints
With which they confine
To pass before the turning wheel of change
With supreme perfection my aim
Love, truth, and knowledge my claim


Below the thunderous lofty arch of light
The whole in loveliest harmony unites
For a True King the brightest glories soar
The King of Kings applauds him
And the world adores
Let then each be firm allied
And let no one separate or divide
United in strict decorum, time and place
An emulous love and genuine faith
Be Grace, Be Majesty they constant strive
That majesty, that grace - King Am I.



Be it always remembered that the original Manifesto was
written and dedicated to all oppressed people of the
world, to the People and the Nation and to all our beau-
ful Sisters by the Brown Prince of Darkness.  Amor!



BEHOLD LATIN KING


-17-

# EXHIBIT 3

