UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 04-10046-RGS
)
ANGEL GONZALEZ, )
   AKA "KING A-SHOT" )
)

**INFORMATION**

**COUNT ONE:**   (Title 21, United States Code, Section 851 --
Notice of Prior Conviction)

The United States Attorney Charges that:

1. On or about December 13, 1994, ANGEL GONZALEZ was convicted in the Chelsea District Court of distributing marijuana in violation of M.G.L. C. 94C § 32C. A copy of the Judgment of Conviction of Chelsea District Court, docket 9314 CR 3659, is attached as Exhibit 1.

2. ANGEL GONZALEZ, has been named as a defendant in an Indictment numbered 04-10046-RGS, charging him with conspiracy to distribute cocaine base, a/k/a/ "crack cocaine", and distribution of cocaine base, a/k/a/ "crack cocaine."

3. By way of this information, the government notifies ANGEL GONZALEZ, that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1, above.

1

     All in keeping with Title 21, United States Code, Section 851(a)(1).

                                         Respectfully submitted,

                                         MICHAEL J. SULLIVAN
                                         United States Attorney

                                         /s/ John A. Wortmann, Jr.
                                         JOHN A. WORTMANN, JR.
                                         PETER K. LEVITT
                                         Assistant U.S. Attorneys

April 12, 2004

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing document by first class mail on Michael Bourbeau, counsel for ANGEL GONZALEZ.

_____
PETER K. LEVITT
Assistant U.S. Attorney