```
UNITED STATES DISTRICT COURT
   DISTRICT OF MASSACHUSETTS
```

                                                             FILED
                                                         IN CLERKS OFFICE

UNITED STATES OF AMERICA      )
                                       )                       2004 JUN -1  P 2: 30
        v.                          )
                                       )   CR. NO. 04-10046-RGS U.S. DISTRICT COURT
1. ANGEL GONZALEZ,             )                  DISTRICT OF MASS.
   AKA "KING A-SHOT", AND   )
                                     )
2. JOSE GONZALEZ,              )
   AKA "KING STRIKE", AKA   )
   "TITO"                          )
                                     )

## ASSENTED TO MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS

The United States, through its undersigned counsel, hereby moves to exclude from all Speedy Trial Act calculations the period of time from June 1, 2004 (the date of the interim status conference) to and including July 20, 2004 (the date of the re-scheduled interim status), as excludable delay pursuant to 18 U.S.C. § 3161 (h)(1)(F) & (h)(8)(A).  For the reasons stated by the respective counsel for the defendants in Court on June 1, 2004, in requesting the continuance, the requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  The defendants,

through respective counsel, assent to the relief requested herein.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By:   /s/ Peter K. Levitt
      PETER K. LEVITT
      Assistant U.S. Attorney
      One Courthouse Way
      Boston, MA
      (617) 748-3355

June 1, 2004