UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
            v.                      )
                                    )   CR. NO. 04-10046-RGS
1. ANGEL GONZALEZ,                  )
     AKA "KING A-SHOT", AND         )
                                    )
2. JOSE GONZALEZ,                   )
     AKA "KING STRIKE", AKA         )
     "TITO"                         )
                                    )

ASSENTED TO MOTION TO EXCLUDE TIME
FROM SPEEDY TRIAL ACT COMPUTATIONS

        The United States, through its undersigned counsel, hereby

moves to exclude from all Speedy Trial Act calculations the

period of time from July 20, 2004 (the date of the finial status

conference) to and including September 13, 2004 (the date of the

further final status conference), as excludable delay pursuant to

18 U.S.C. § 3161 (h)(1)(F) & (h)(8)(A).  For the reasons stated

by the respective counsel for the defendants in Court on July 20,

2004, in requesting the further status conference, the requested

delay is in the interests of justice and outweighs the best

interests of the public and the defendant in a speedy trial.  The

defendants, through respective counsel, assent to the relief

requested herein.

                              Respectfully submitted,


                              MICHAEL J. SULLIVAN
                              United States Attorney


                    By:       S/ PETER K. LEVITT
                              PETER K. LEVITT
                              Assistant U.S. Attorney
                              One Courthouse Way
                              Boston, MA
                              (617) 748-3355


July 20, 2004