```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )
                              )    CR. NO. 04-10046-RGS
1. ANGEL GONZALEZ,            )
   AKA "KING A-SHOT", AND     )
                              )
2. JOSE GONZALEZ,             )
   AKA "KING STRIKE", AKA     )
   "TITO"                     )
                              )
```

## ASSENTED TO MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS

The United States, through its undersigned counsel, hereby moves to exclude from all Speedy Trial Act calculations the period of time from September 13, 2004 (the date of the interim status conference) to and including November 15, 2004 (the date of the final status conference), as excludable delay pursuant to 18 U.S.C. § 3161 (h)(1)(F) & (h)(8)(A).  For the reasons stated by the respective counsel for the defendants in Court on September 13, 2004, in requesting the continuance, the requested delay is in the interests of justice and outweighs the best

interests of the public and the defendant in a speedy trial.  The defendants, through respective counsel, assent to the relief requested herein.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:     S/ PETER K. LEVITT
          PETER K. LEVITT
          Assistant U.S. Attorney
          One Courthouse Way
          Boston, MA
          (617) 748-3355

September 13, 2004