# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

UNITED STATES OF AMERICA

        v.                                                CR. NO. 04-10046-RGS

ANGEL GONZALEZ
JOSE GONZALEZ

### *NOTICE*

September 28, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for

**Arraignment on the Superseding Indictment at 2:45 p.m., Tuesday, October 5, 2004,** in

courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston,

Massachusetts.

                                                          /s/
                                                          **MARIANNE B. BOWLER**
                                                          Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

**\* PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**