```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|  | ) | |
| v. | ) | |
|  | ) | CR. NO. 04-10046-RGS |
| 1. ANGEL GONZALEZ, | ) | |
|    AKA "KING A-SHOT", AND | ) | |
|  | ) | |
| 2. JOSE GONZALEZ, | ) | |
|    AKA "KING STRIKE", AKA | ) | |
|    "TITO" | ) | |
|  | ) | |

### GOVERNMENT'S ASSENTED TO MOTION FOR RULE 11 HEARING

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby requests that the Court schedule Rule 11 hearings for Angel Gonzalez and Jose Gonzalez in the above matter. Counsel for the respective defendants join this request.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  S/ PETER K. LEVITT
     PETER K. LEVITT
     Assistant U.S. Attorney
     One Courthouse Way
     Boston, MA
     (617) 748-3355

December 15, 2004