UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                    CRIMINAL NO. 04-10046-RGS

ANGEL GONZALEZ and
JOSE GONZALEZ

# NOTICE OF HEARING

**STEARNS, DJ.**                                  **DECEMBER 29, 2004**

**A CHANGE OF PLEA HEARING, AS TO BOTH DEFENDANTS, IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:**

<u>**MONDAY, JANUARY 10, 2005 AT 2:45 P.M.**</u>

**BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.**

**SO ORDERED.**

                                                     RICHARD G. STEARNS
                                                     UNITED STATES DISTRICT JUDGE

        **BY:**

                                                  **/s/ Mary H. Johnson**
                                                      **Deputy Clerk**