UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                        CRIMINAL NO. 04-10046-01-RGS

ANGEL GONZALEZ

## NOTICE OF RE-SCHEDULED SENTENCING HEARING

**STEARNS, DJ.**                                **MARCH 10, 2005**

DUE TO A CONFLICT IN THIS COURT'S CALENDAR, THE SENTENCING HEARING WITH RESPECT TO THE ABOVE-NAMED DEFENDANT, ANGEL GONZALEZ, IS HEREBY RE-SCHEDULED TO:

**TUESDAY, JUNE 14, 2005 AT 2:30 P.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                              RICHARD G. STEARNS
                                              UNITED STATES DISTRICT JUDGE

        BY:

                                              /s/ Mary H. Johnson
                                                Deputy Clerk

TO: AUSA Wortmann; Michael Bourbeau, Esq., Lisa Dube, USPO.