UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
            v.                )
                              )    CR. NO. 04-10046-RGS
1. ANGEL GONZALEZ,            )
    AKA "KING A-SHOT"         )
                              )

JOINT STATUS REPORT REGARDING DEFENDANT'S
MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582

     In accordance with the Standing Procedural Order entered by

the United States District Court for the District of

Massachusetts on March 4, 2008, the parties, after conferring

with each other and the Probation Department, provide the

following status report regarding the defendant's motion to

modify sentence pursuant to 18 U.S.C. § 3582.

     A.   Defendant's eligibility for reduction of sentence in
          accordance with 18 U.S.C. § 3582

     The defendant is eligible for reduction of sentence in

accordance with 18 U.S.C. § 3582.

     B.   Revised guideline calculation

     Defendant was sentenced July 21, 2005, to a term of

imprisonment of 70 months and five years of supervised release.

Under the United States Sentencing Guidelines, the defendant's

Guideline Sentencing Range (GSR) was 70-87 months, based on a

Total Offense Level (TOL) of 23 and a Criminal History Category

(CHC) of IV.  The defendant was also subject to a statutory,

mandatory minimum sentence of 60 months.  The government

recommended a sentence of 70 months, representing the low end of the GSR.

Based on the retroactive changes to the federal sentencing guidelines, the defendant's revised GSR is 60-71 months based on a TOL of 21 and a CHC of IV. But for the statutory, mandatory minimum sentence applicable in this case, the defendant's GSR would be 57-71 months.

C.    Recommendation for sentencing

The parties recommend a revised sentence of 60 months imprisonment to be followed by a term of supervised release of five years.

D.    Whether a hearing is necessary and whether the defendant seeks to appear in person or via video conference

A hearing is unnecessary.

E.    The earliest projected release date based on the low end of the revised guideline calculation

May 2008

F.    A briefing schedule for any contested issues, taking into account the earliest projected release date

N/A

G.    Whether a transcript is needed

No.

H.    A copy of any plea agreement

N/A

Respectfully submitted,

MICHAEL J. SULLIVAN,
United States Attorneys,


By:      /s PETER K. LEVITT
         PETER K. LEVITT
         Assistant U.S. Attorney
         One Courthouse Way
         Boston, MA
         (617) 748-3355


         COUNSEL FOR ANGEL GONZALEZ


         /s MICHAEL BOURBEAU
         Michael Bourbeau, Esq.
         21 Union Street
         Boston, MA 02108
         (617) 722-9292


March 17, 2008