AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| ANGEL GONZALEZ | ) Case No: 04CR10046-01-RGS |
|  | ) USM No: 25119-038 |
| Date of Previous Judgment: 07/25/2005 | ) MICHAEL BOURBEAU, ESQ. |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [✓] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **70** months **is reduced to** **60 months**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| Previous Offense Level: | 23 | Amended Offense Level: | 21 |
|---|---|---|---|
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 70 to 87 months | Amended Guideline Range: | 57 to 71 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated **07/25/2005** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 03/19/2008

Judge's signature

Effective Date: 03/19/2008
(if different from order date)

RICHARD G. STEARNS, USDJ
Printed name and title