UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 04-10046-RGS

ANGEL GONZALEZ
U. S. Marshal No. 25119-038

# O R D E R

STEARNS, DJ.  MARCH 25, 2008

THE ORDER REGARDING MOTION FOR REDUCTION PURSUANT TO 18 USC SECTION 3582(c)(2) ISSUED BY THIS COURT ON 3/19/08 AS TO THE ABOVE-NAMED DEFENDANT IS HEREBY VACATED, UNTIL FURTHER ORDER OF THIS COURT.

SO ORDERED.

/s/ Richard G. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE