AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ANGEL GONZALEZ ) | Case No: 04cr10046-01-RGS |
| ) | USM No: 25119-038 |
| Date of Previous Judgment: 07/25/2005 ) | MICHAEL BOURBEAU, ESQ. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __70__ months **is reduced to** __65 MONTHS__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 23 | Amended Offense Level: | 23 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 70 to 87 months | Amended Guideline Range: | 70 to 87 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):
IN CONSIDERATION OF THE POTENTIALLY ANOMALOUS RESULT BASED ON THE RE-CALCULATION OF THE MULTIPLE DRUG CONVERSIONS AND DEFENDANT'S DISCIPLINARY RECORD AFTER SENTENCING, THE COURT MODIFIES THE DEFENDANT'S SENTENCE TO 65 MONTHS TO BE SERVED.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __07/25/2005__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 04/17/2008

*/s/ Richard G. Stearns*
Judge's signature

Effective Date: 04/17/2008
(if different from order date)

RICHARD G. STEARNS, USDJ
Printed name and title